IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:24-CV-1153-FL

| | | |
|---|---|---|
| JIMMY KEELS WILLIAMSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHRISTIAN RECOVERY CENTERS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court for review of plaintiff's pro se complaint (DE 1) pursuant to 28 U.S.C. § 1915(e). United States Magistrate Judge Kimberly A. Swank entered memorandum and recommendation ("M&R"), pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b), wherein it is recommended plaintiff's complaint be dismissed in part. (DE 7). Plaintiff did not file objections to the M&R, and the time within which to make any objection has expired. In this posture, the issues raised are ripe for ruling.

Upon a careful review of the M&R, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Because no objections have been filed, the court reviews the magistrate judge's findings and conclusions only for clear error, and need not give any explanation for adopting the M&R. Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005); Camby v. Davis, 718 F.2d 198, 200 (4th Cir. 1983).

The magistrate judge recommends dismissal of plaintiff's race discrimination and hostile work environment claim pursuant to Title VII of the Civil Rights Act of 1964 ("Title VII");

plaintiff's disability discrimination claim pursuant to the Americans with Disabilities Act of 1990 ("ADA"); and plaintiff's housing discrimination claim on the basis of disability pursuant to the Fair Housing Act ("FHA"). The magistrate judge recommended plaintiff's FHA racial discrimination claim be allowed to proceed. Upon careful review of the M&R, the court finds the magistrate judge's analysis to be thorough, and there is no clear error.

The court hereby ADOPTS the recommendation of the magistrate judge as its own, and plaintiff's Title VII, ADA, and FHA disability discrimination claims are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B). Plaintiff's claim for housing discrimination on the basis of race may proceed. The clerk of court is DIRECTED to issue summons and transmit it and the complaint for service by a United States marshal or deputy marshal in accordance with Federal Rule of Civil Procedure 4(c)(3).

SO ORDERED, this the 20th day of November, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge